UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| JOHN M. GORGES, JR., | ) | CASE NO. 20 B 13881 |
| | ) | |
| DEBTOR. | ) | HON. DAVID D. CLEARY |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **August 17, 2022, at 10:00 a.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the U.S. Trustee's **Motion for Rule 2004 Examination of the Debtor**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, certify that I caused to be served copies of this notice, the attached motion, and proposed order on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

/s/ M. Gretchen Silver

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants**

| | |
|---|---|
| Paul M. Bach: | paul@bachoffices.com, pnbach@bachoffices.com; bachecf@gmail.com; bachlaw@stratusbk.com; bachpr57277@notify.bestcase.com |
| Karen R. Goodman: | kgoodman@cranesimon.com, il24@ecfcbis.com; dkobrynski@cranesimon.com; kgoodman@ecf.axosfs.com; abell-powell@cranesimon.com |
| Wesley T. Kozeny: | Wesley.Kozeny@BonialPC.com, ILBK@BonialPC.com; kozeny@ecf.courtdrive.com |
| Patrick S. Layng: | USTPRegion11.ES.ECF@usdoj.gov |

**Parties Served via First Class Mail:**
**(served by BMC Group)**

John M. Gorges, Jr.
3102 N. Francisco
Chicago, IL 60618

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| JOHN M. GORGES, JR., | ) | CASE NO. 20 B 13881 |
| | ) | |
| DEBTOR. | ) | HON. DAVID D. CLEARY |

**MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR**

Now comes Patrick S. Layng, the United States Trustee for Region 11 (the "U.S. Trustee"), by his attorney, M. Gretchen Silver, and moves the Court to enter an order authorizing discovery from John M. Gorges, Jr. (the "Debtor") pursuant to Fed. R. Bankr. P. 2004. As his reasons for this request, the U.S. Trustee states to the Court as follows.

1. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Bankruptcy Rule 9013-9.

2. Movant is the U.S. Trustee and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. On July 14, 2020, the Debtor filed his voluntary petition for relief under Chapter 13 of the Bankruptcy Code. On May 9, 2022, the Debtor converted his case to one under Chapter 7 of the Bankruptcy Code. On or about that same day, Karen Goodman was appointed Chapter 7 Trustee in the Debtor's case.

4. The Debtor's original Schedule I reflected the Debtor was employed as an engineer at Aramark and earned $10,022.83 in gross monthly wages (or $120,273.96 annually). The Debtor's Statement of Financial Affairs ("SOFA"), question four, reflected the Debtor had employment income of $31,482 for 2018 and $65,552.17 for 2019.

5. The Debtor's amended Schedule I shows the Debtor is employed as an engineer with Jones Lang and earns $8,601.45 in gross monthly wages (or $103,217.40 annually).

6. On August 4, 2022, the U.S. Trustee sent an email to counsel asking for certain financial documents, some of which have been provided. The information on the documents received is inconsistent with the information on the Debtor's schedules and amended schedules.

7. The U.S. Trustee seeks information and documents to verify the veracity, truthfulness, and completeness of the Debtor's petition, schedules, statement of financial affairs, means test, amended schedules and testimony given at the meeting of creditors in order to determine whether there may be a basis to object to the Debtor's discharge under Section 727 of the Bankruptcy Code or file a motion to dismiss Debtor's case pursuant to Section 707. To do so, the U.S. Trustee needs to review documents and elicit testimony from the Debtor under Federal Rule of Bankruptcy Procedure 2004(c), which may include the production of documents and attendance at an examination.

WHEREFORE, the U.S. Trustee requests the Court enter an order authorizing the U.S. Trustee to conduct discovery of the Debtor pursuant to Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: August 5, 2022            By: /s/ M. Gretchen Silver
                                 M. Gretchen Silver, Attorney
                                 OFFICE OF THE U.S. TRUSTEE
                                 219 S. Dearborn, Room 873
                                 Chicago, Illinois 60604
                                 (312) 353-5054