UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 20-13881
John M. Gorges, Jr.  )
 )  Chapter: 7
 )  Honorable David D. Cleary
 )
 )
Debtor(s)  )

**ORDER VACATING NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7 (DOCKET 37)**

THIS CAUSE coming on to be heard on the Debtor's MOTION TO VACATE NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7 (DOCKET 37) OR IN THE ALTERNATIVE TO RECONVERT TO CHAPTER 13, due notice having been given and the Court being advised in the premises;

IT IS ORDERED:

That this case is converted to Chapter 13.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 09, 2022